Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

_____ Division

|   |   |
|---|---|
| Michael Ray Smith Jr. <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Michelle Sanders, Polk County Jail <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br><br> RECEIVED <br> JAN 10 2024 <br> CLERK U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF IOWA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael Ray Smith Jr.
   All other names by which you have been known: Mikey; Smith
   ID Number: PCJ: 261452 DOC: 6440315
   Current Institution: Iowa Medical & Classification Center
   Address: 2700 Coral Ridge Ave.
   Coralville, Iowa 52241
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Michelle Sanders
   Job or Title (if known): Cook ~~[illegible]~~
   Shield Number:
   Employer: Polk County Jail
   Address: 1985 NE 51st Place
   Des Moines, Iowa 50313
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Polk County Jail
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: 1985 NE 51st Place
   Des Moines, Iowa 50313
   City / State / Zip Code
   [ ] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name                                _____
        Job or Title *(if known)*     _____
        Shield Number           _____
        Employer                 _____
        Address                   _____
                                       *City*         *State*        *Zip Code*
                ☐ Individual capacity    ☐ Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Shield Number
        Employer
        Address
                                         *City*         *State*        *Zip Code*
                ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        8TH AMENDMENT RIGHT FOR CRUEL & UNUSUAL PUNISHMENT & NOT PROTECTING PRISONER'S SAFETY.
        IOWA CODE 709.16 SEXUAL MISCONDUCT AGAINST AN INMATE, MYSELF

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MICHELLE SANDERS BROKE IOWA CODE 709.16 SEXUAL MISCONDUCT AGAINST AN INMATE.

POLK COUNTY JAIL DIDN'T PROTECT ME AGAINST THIS / CRUEL & UNUSUAL PUNISHMENT

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

MICHELLE SANDERS HOUSE AUG. 2019; SEXUAL INTERCOURSE

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

OCT 2018 - NOV. 2018 INSIDE POLK COUNTY JAIL INSIDE THE FREEZER IN THE KITCHEN. MICHELLE SANDERS PULLED OUT MY PENIS & TESTICLES AND FONDED THEM TWICE AT TWO DIFFERENT DAYS.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Oct 2018 - Nov. 2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Michelle Sanders broke Iowa Code 709.16 sexual misconduct of an inmate. Michelle Sanders pulled out my penis & testicles twice on two different days. I have an open PREA investigation. PCSO detectives told me they will be filing charges on Michelle Sanders for sexual misconduct. I'm a victim in this.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Trauma

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. ~~[scratched out text]~~

Money damages for emotional & mental trauma $5 million dollars; Lawyer appointed to me; Lawyer fees & court fees paid

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Polk County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No  I FILED PREA.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    I FILED PREA

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    PREA; PREA INVESTIGATORS ARE PUTTING A CASE TOGETHER TO FILE CHARGES ON MICHELLE SANDERS. I'M A VICTIM & HAVE AGREED TO TESTIFY AGAINST MICHELLE SANDERS.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Also & PLEASE LOOK INTO MY PREA AS WELL.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes ~~(~~ ☒ No ~~)~~

MISREAD; THE INFO IS ON BACK, SORRY

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ~~[scribbled out]~~
   Defendant(s) ~~[scribbled out]~~

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ~~[scribbled out]~~

3. Docket or index number
   ~~[scribbled out]~~

4. Name of Judge assigned to your case
   ~~[scribbled out]~~

5. Approximate date of filing lawsuit
   ~~[scribbled out]~~

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ~~[scribbled out]~~

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Michael Ray Smith Jr.
   Defendant(s) Polk County Jail, Naphcare

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. District Court of Southern District

3. Docket or index number
   4:23-cv-00446-RGE-SBJ

4. Name of Judge assigned to your case
   Not Sure

5. Approximate date of filing lawsuit
   11/13/2023 at 10:31 AM

6. Is the case still pending?
   ☒ Yes
   ☐ No
   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Not sure; haven't heard anything yet

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-27-23

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Michael Smith Jr.
Prison Identification #: 6440315
Prison Address: 2700 Coral Ridge Ave.
Coralville    Iowa    52241
City    State    Zip Code

### B. For Attorneys

Date of signing: ___

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Address: ___
City    State    Zip Code
Telephone Number: ___
E-mail Address: ___

MICHAEL SMITH JR. #6448515
IOWA MEDICAL and CLASSIFICATION CENTER
2700 Coral Ridge Ave.
Coralville, IA 52241

CEDAR RAPIDS IA 522
4 JAN 2024 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.63
01/04/2024 ZIP 52241
043M31229344
US POSTAGE

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

CLERK, UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

X-RAYED & CLEARED

50306-934444